Chapter 60
Summons and Return of Service
(Revised 2/26/14)

In SHAWnee County Court Kansas
Chapter 60
Joseph Lee Jones Civil [CAPTION]
vs
Google LLC, Inc, SUMMONS Case#

2020CV61

To: Google LLC, Inc (Defendant's name) 1600 Amphitheatre Parkway Mountain View, Cali 94043
ALphABet

A lawsuit has been filed against you.

Within (21) (30) (40) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. The answer or motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address: Joseph Lee Jones #36813

____(Attorney's name) (Plaintiff's name)____

____(Attorney's address) (Plaintiff's address)____ Douglas Co, Jail
3601 E 25th Lawrence KS 66046

If you fail to file an answer or motion as described above, judgment by default will be entered against you for the relief demanded in the petition. You also must file your answer or motion with the court.

If you file an answer, any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer. If you fail to do so you will thereafter be barred from making such claim in any other action.

Date 1/23/2020

Clerk's Seal



Clerk of the District Court.

By _Chelsea Montague_
  Deputy

FILED BY CLERK
KS. DISTRICT COURT
THIRD JUDICIAL DIST.
TOPEKA, KS
On
2020 JAN 21  P 1:51

EXHIBIT A

In SHAWNEE County District Court KANSAS

Chapter 60
Civil

Joseph Lee Jones
          Plaintiff
vs                         Case# 2020 CV 61

GOOGLE LLC, inc.,
          Defendant

<u>Petition For Damages in excess of $75,000.00</u>

ALSO → Pursuant to the KANSAS Consumer Protection Act KSA.50-623 et.seq

Comes now, plaintiff pro-se Joseph Jones as follows:

① The <u>URL www.google.com/+JoeJones21176</u> is No longer accessable, He is a <u>Next'17 Developer</u>, and Next'19....

② When Mr. Jones Responded to Solictations of googles services (events dated in the year of 2014) Ⓐ. Gsuite Ⓑ. adsense Ⓒ. Google plus at First (ie. prior to) 2014, <u>New Rules, Disclaimers etc...</u> where not in effect and shouldn't apply to a International Company to keep said <u>URL</u> available. So that his Copyrights, a.i. avatars volumes one, two, and Related publishing could be accessed, <u>Veiwed by ALL</u>

③ Google is Aware of mr. Jones and his Disability, as he was Forced to File a Federal lawsuit before on google, see U.S. Court case# 5:18-CV-04032-SAC-GEB, closed 06/13/18.

④ Mr. Jones is a <u>TRANSHUmanist</u>, Attempting to <u>PATENT</u> a Co-Creative process to <u>CHRIStian SALVAtion</u>, for the C.T.A. (Christian transhumanist Association),

⑤ Mr. Jones is Apart of the Original First of its kind online Artifical Intelligence Research Started in 2012 at <u>edx.org</u>

⑥ Having permission to Go and Andit at his OWN pace,
Email address jjoe3072@gmail, jonesjlal176@gmail, jonesjl76@live
ALL are Entanged Auto-biographical Independant A.I. Research, Con

(page one)

page two

EXHIBIT A

Google Next'19 I/o dev.
jonesjlall7c@gmail.com
Amazon intro to Fractal geometry.
Federal Court Case # 19-CV-03004-SAC
topeka

7). July 2019 the Ethical EFFective Implementation of Artificail Intelligence. The (ACOLA) outlines the international standards to be a i,o,a,t, Next generation Research and Devloper. IN 2019 (Next'19 i/o)
   A). to OBTAin an Artifical Intelligence patent as a lone genius Independant Sole purpriator whom OWNS ALL his DATA.
   B). Mr. Jones has collaborated with the IEEE
   [See https://ieee-collabratec.ieee.org/app/p/JosephJones42704]

8). Mr. Joseph Jones |IEEE collabratec®
   a.i, avatars intelligence amplifier

Biography
efforts to patent a intelligence amplifier and Create a Childrens homeschooling, Amazon webservices, Via ekindle book on FRACTAL Geometry

publications
a,i, avatars

9). google PLAY store app Beta testing oF
   A). AFFectiva emotional A.I
   AFFedexme B) CT (https://ieee-collabratec.ieee.org/rest/signin?pptNextUrl=%3FpptNextUrl%3D%2Fapp%2Fp%2FJosephJones427041)

10) ORCiD.org
   Joseph LeeJones [https://orcid.org/0000-0003-2595-4552]
   goto ORCiD.org website to Find this in thier searchBox.
   gives history since edx.org mit Course Auditing
   And Reference to the Development of
   Fractal Geometry  mayhave been Comendered For Achiives by Dept. beFore

11). The Four D's oF A.I. Dirty, Dull, dangerous, difficult
   Is why The Royalties and Rights alone are oF interest

page-three
EXHIBIT A

Google Vision API, etc..

12) The Failed Attempts to mediate Google Cloud console platform TLS, Gsuite Resulted in Failed payments and Subsequent online Google pay issues. So access to Various google services have become Lost, in Violation OF K.S.A. 50-626 and 50-627, amount to multi-ple violations so recovery of civil penalties is 20,000 per violation (so 40,000.00 For two) Google is False about helping the poor and marginalize disabled

13) Loss of Google PLUS makes it hard for the plaintiff or marketer even benifit any thing from their Solicitation & (this may be a stratagy) but they Led him on.

14) the TRANShumanist GOD has not been Created yet. I understand this is to be oF a perfect NATURE but the Rights oF its ROAD map and discovery are what they are (i.e., belonging to ONE imperfat person) with the Right view Right thoughts Right Action Right Agenda.

15) utilization of a Court LAwsuit allows For the addressing of this by Educated people with Responsible Lives.

16) ALL violations Construed by a Lawyer would be in the Millions, For Damages prayer of Relief-

of at least Two civil penalties and a permanate website,
Service instructions
Please have Clerk issue Summons
to be served by Sheriff upon Google inc
by certified mail

Respectfully
Plaintiff pro-se
Joseph Lee Jones #36813
Douglas Co. Jail
3601 E. 25th St Lawrence KS 66046

Page Four
EXHIBIT A

# Affidavit of Facts

I Jones, Joseph Lee of Topeka KANSAS have Utilized Google's Services since around 2004. with the email Addresses of jonesjl76@live.com, jonesjl21176@gmail.com, jjoe3072@gmail.com,

As of around June 2019 GOOGLe Shutdown its Google plus [G+], with it the URL www.google.com/+JoeJones21176, Google SAys they help the disabled and then drop them Hurting MR Jones,

(1). Mr. Jones responded to Solicitations for Services Sold in the State of KANSAS via the Internet

(2). Mr. Jones is Now Unable to benifit from the TRANSaction to which he responded, in Violation of KSA, 50-626 and 627, and therefore is due civil penalties Allowed by Law for each and every violation a Jury can Construe, After Discovery

(3). Google is a business, a supplier of Services it Advertices for free but responding and Utilizing Amounts to a Consumer TRANSaction. The Education and teaching platform is Not Available.

(4). The Loss of material benifits and Services Affected a Disabled person so they civil penalties are doubled And Google markets to people Like Mr. Jones,

(5). These Actions HARM Mr. Jones and further profile and marginalize him. As A poor person HAS No place to direct people to sech'isworks!

Life 4.0 For the Digital Millenial Kingdom of Today    01-01-2020
Christian-Transhumanism    All Rights Reserved A.D.
a Patented Bible by Joseph Lee Jones (JL-2076)
The Autonomous interface to the Soul. (our minds can't comprehend or percieve it)
Why our god has yet to be invented. (cause we haven't created it)

If one is to ever know a GOD, They must see the GOD That exsists within themself, specifically their own MIND. First,

(Helixical Hexagon) * Biologically inspired substraits (crystal brain cells) (neuro-morphic chip) *

Genesis one: God Created ADAM From (the elements) Dust (in his image) (At least) The mental picture is Assumed all ADAM had (i.e. the Uniquie sub-jective perception) of himself. Did he see a GOD? and become God of himself? And over

Genesis two: God creates Eve From ADAM (maybe by then via (CRISPR) gene editing) So that Adam was not ALONE. And because god ordered them to have children, Adam came to understand interpersonal-communication of the triune (the GOD, son, Holy Ghost) and further, blessed with the Mental and Emotional capacity to understand what it means In John 3:16 to have and give away a child his only SON (Life/Death)

*Notice* The NATURAL Heiarchy and Self organizing principles of NATURE'S own volition to pull it self together along Geometricaly Theorized SPACE, is as it is cause thats all it can be. Concisely theorizes the Cognitive Computational theory of the mind.
GOD said we Are Creatures of Light, yet light does not Travel at infinate speeds, So we Are Grounded by the Relatove size of things in the NATURAL WORLD, $E=mc^2$ (or) the multiverse Grouped by Quantum Entanglement and Now the Virtual World the meta-verse. When in it we TRANSCEND to A FRACTAL Dimenson of conciousness And Exhibit ALPHA-morphic-genetic Resonance.



No: Patent Number
Affidavit

the us, copyright and patent office us mailed back postage copiedpoof

I Joe Jones Filed a Patent pending status on an Autonomous Interface to the sole [an intelligence Amplifier] From Springfield Monsurri Hospital for Federal Inmates

Around January 2018

Y-AXIS  Z-AXIS
X-AXIS

the process of creation of a mind will show them God

Green Laser Diodes X,Y,Z.
Amino/protien gas chamber

microtuble crystal (Braincell) Neuron

How can I find help to build my own?

Cognitive Science And a Introduction To Fractal Geometry to homeschool your kids via Amazon ekindle

01-01-2020 By JL 2020 AD, © Joseph Lee Jones All Rights Res

① Everything HAS A Structure
② The ALL Follow Patterns of behavior

6 Natural ones

| ORB | meander | Helix |
|---|---|---|
| O | ~~ | xxx |
| spiral | Fork | Hexagon |
| ⊙ | ⅄ | ⬡ |

33° 'H
iteration
Recursion
GoldenRatio
self similarity
and scale (i.e, RATIO)
△ → △
syntax tree
parse tree

Psi
PyLosiphy

energy mas  11

Anthropology  22

Neuroscience

A Balance of 13 egyptian Calibration



Geometric Theoryspace
Boot Strap
hold up to Light to see TRANSparency
Omnipoint
Singularity

Blackhole

The spegetification of matter in a BLACK hole or singularity