Date: 04-09-2020

To: Clerk of United States Court
Topeka, Kansas
444 S.E. Quincy
Topeka, Kansas

FILED
APR 14 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

From: Joseph Lee Jones #36813
Douglas County Jail
3601 E. 25th Street
Lawrence, Kansas 66046

RE: Amended Complaint (for Non-KCPA Claims)
For Cases 18-4032-SAC and 20-3072-SAC
Joined.

① please mail back the File Stamped copy

Ⓐ please make sure to File this Amended Complaint to both cases 20-3072-SAC and 18-4032-SAC as I have motioned to Join this part of the claims Allowed.

Certificate of Service

② I have Notified Defendants Attorney Jennifer Benhorst I would be Filing the Originals in the Court Records this way the copies are Absolutely the same, but I mailed her a copy Anyways

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Joseph Lee Jones,
(a.k.a. JL-2076)
Fractal bible church
(Enter above the full name of the Plaintiff(s))

vs.

GOOGLE LLC, inc
Name
Defendants Attorney Jennifer L. Berhorst
Street and number
one KC place 1200m
City          State         ZipCode

Case Number 5:20-cv-03072-SAC

Joined 5:18-v-04032-SAC-GEB

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

Amended Complaint For Non-KCPA Claims
CIVIL COMPLAINT
RE: Math/intent claims and Religion

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff (Reverand) Joseph Lee Jones (JL-2076)
   Address Douglas County Jail
   3601 E. 25th street Lawrence, Kansas 66046

Certificate of Service

I mailed the Amended Complaint to U.S. Court topeka 444 SE Quincy topeka KS 66683 and Notified by U.S. mail Defendants Attorney I served original copy to 04-04-2020 A.D.
Jennifer L. Berhorst

1

# Affidavit by Joe Jones

① Summary Judgement as to the KCPA, Kansas Consumer Protection Act Cliams that Apply to the

    Ⓐ May 2017 to January 2018 denile of Requests in Regard to GOOGLE PLUS (ie, URL www.google.com/+JoeJones)

    Ⓑ June 2019 subsequent closing of GOOGLE PLUS Public Access to (said URL)

② But both the 2017 to 18 and 2019 Intelligence Amplifier Claim A Non-civil penalty item protected by 3-year Statue of Limitations

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _GOOGLE LLC, INC_ is employed at _CEO San Francisco, California Santa Clara County_

C. Additional Defendants _ALPHABET and XXVI Holdings_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _KANSAS_.

2. The first-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of ~~Kansas~~ _California_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

In the Facts productions by the plaintiff of the propounded Discovery

(A) IEEE-Collabratec®

efforts to Patent intelligenceAmp and a Home Schooling Fractal geometry eKindle book For Amazon

the Plaintiff shows how he is Aggrieved by the Closing of g+ (google plus) to the public

(B) but Further this violates the 1st Amendment civil Rights of Plaintiff to Religious Rights practice and Freedom of speech

B.  (If applicable)  Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☒ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title _42_, Section _1983_

☒ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.  Other grounds (specify and state any statute which gives rise to such grounds): 1st Amendment Freedom of speech, Religious practice etc., 6th, 14th, due process rights as they Just Closed without warning, or Ability to Complain grieve, or mediate the issues and Failed to Respond

III.  Statement of Claim: Asteric/Sun/Star - Topeka FLAG

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments.  If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

by Closing GooglePlus to Public Free access, people cannot access GOD To Find specifically the Christian-Transhuman Concepts For whom it may concern even Non-human animals (Rock Babies) the Fractal Bible life began as a ROCK, And How to Infuse the Universe with Artificial Intelligence by genetic Resonance of Fractal A.I. for Self-Replicating Nano-Bots

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.) ORDER Google to pay for the IEEE-collabrated® public access Robotics Concepts

3

the google plus posts, that show
TM
The history of the TradeMark Fractal and math Development
Also for neuromophic Computation Design and/or model Access as Interface to the Soul
Do it yourself CRRISPR gene editing to alter human body (ie. Neurons)

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? but Assumed Amounts
Yes [X]   No [ ]  of intellectual property 5 billion us. dollars

VII. Do you claim punitive monetary damages?  Yes [X]   No [ ]   I am a Disabled and marginalized victim of theft by he, himself can't access the posts and DATA,
If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages. people have to use G suite tools and apps to access mr. Jones stuff and Google Never has Attempted to Compensate (ie. Royalties) other than Response to (Preliminary Injunction), Nominal Damages for and compensation for Loss of civil Rights of Freedom of speech/Religion practice one million Damages for mental and emotional Anguish as he had to File a Lawsuit to Get the First Response to Case 18-4032-SAC-GEB 20 months later that plays a part of the current Lawsuit 20-cv-3072-SAC. And the mess of having to Litigate on his own by his self.

Google Knowingly failed to Respond to Requests as far back as 2017 (i.e. case 18-4032-SAC) and Finished the Job by 2019 (i.e. case 20-3072-SAC)

ALL the while Never making sure mr. Jones Never Recieved the Original Response and motion to dismiss on Case 18-4032SAC-GEB, they should've contacted him; the Google terms tos of service 2017 can't apply to OLD accounts started in 2010

# Affidavit of
# Facts of T.O.S.

Terms of Service (effective 2017)

ALL google accounts where started in 2010

there fore google entered the plaintiff into a one-sided contract to the plaintiff's Detriment by its ==retro-Active Application== of the 2017 (T.O.S.) in violation of (contract Law also) And there fore plaintiff is an Aggrieved Consumer by the loss of meterials now possessed by google and further public access to any and all said meterials related to any extent, in both cases 20-3072-SAC
18-4032-SAC

VIII.  Administrative Procedures:

A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒   No ☐

B.  If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

U.S. Bankruptcy Court Topeka Case # 20-40169-7 as possible Assets of mathmatical knowledge patent ownership

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX.  Related Litigation:

Please mark the statement that pertains to this case: See Attached

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 2020CV-61 and assigned to the Honorable Judge Shawnee County Courthouse Topeka Kansas Filed January 2020 A.D.,

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Signature of Plaintiff

Joseph Lee Jones 5th 36813
Name (Print or Type)

Douglas County Jail
Address

3601 E. 25th Street
Lawrence Kansas
66046

5

Lawrence    KS    66046
City        State        Zip Code

_____
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita,   ☐ Kansas City, or   ☒ Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or   ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: 04-09-2020 AD
(Rev. 10/15)

6