IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSEPH LEE JONES,

               Plaintiff,

vs.                                       Case No. 20-3072-SAC

GOOGLE LLC, INC.,

               Defendant.

**O R D E R**

Plaintiff filed a motion for preliminary injunctive relief on May 4, 2020.  Doc. No. 64.  This was after the court's dismissal of this action on April 14, 2020 (Doc. No. 42) and on the same day as plaintiff filed a notice of appeal to the Tenth Circuit.  Indeed, the motion for preliminary injunctive relief is written on the same pleading as the notice of appeal.  The Tenth Circuit has dismissed plaintiff's appeal.  Doc. No. 72.

If plaintiff intends the motion for preliminary injunctive relief to be directed to this court, the motion shall be denied.  The court has previously determined that this case must be dismissed.  Therefore, plaintiff cannot demonstrate a substantial likelihood of succeeding upon the merits of this matter as required for preliminary injunctive relief.  See <u>Salt Lake Tribune Publishing Co. v. AT&T Corp.</u>, 320 F.3d 1081, 1099 (10th Cir. 2003)(listing required elements for a preliminary injunction).

The motion for preliminary injunctive relief (Doc. No. 64) is denied.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2020, at Topeka, Kansas.

s/Sam A. Crow _____
Sam A. Crow, U.S. District Senior Judge